belonging to the commerce carried on by her husband."

There is some conflict between the testimony of the defendant and that of Mr. Schneider, formerly in the service of the plaintiff, concerning statements which he claims she made to him after her husband's death. But the evidence, taken as a whole, satisfies us that defendant was a public merchant, and, as such, contracted the debt due the plaintiff. The business was conducted in her name continuously after her husband placed it in her name, and after his death she carried on the business in her name. The evidence justifies the conclusion that she carried on a separate trade while her husband was living; that the store which she operated was not merchandise belonging to the commerce carried on by her husband.

The lower court, assigning written reasons for its conclusion, held that the plaintiff was entitled to judgment against the defendant for $500.17.

The judgment appealed from is, in our opinion, correct.

Judgment affirmed; defendant to pay the cost in both courts.

Wm. A. Porteous, Jr., of New Orleans, for appellees.

ELLIOTT, Judge.

Mr. and Mrs. John D. Sentilles, plaintiffs-appellees, move to dismiss the appeal herein taken by Mose F. Bloomensteil, trustee, on the ground that the appeal was not perfected within the time fixed in the order of the lower court granting the appeal. The minutes of the lower court show that the appeal was granted on April 16, 1934. The attorney of record for appellees accepted service of notice of the appeal on April 18, 1934.

The appeal was devolutive only and was returnable to this court on May 10, 1934, but was not filed in this court until February 11, 1935, some 9 months later than the time fixed for its return.

It appears to us that the motion should prevail.

For the reasons stated, it is ordered, adjudged, and decreed that the appeal herein taken by M. F. Bloomensteil, trustee, be dismissed at the cost of appellant.

## SENTILLES et al. v. FREY BROS.
### No. 1457.

Court of Appeal of Louisiana.
First Circuit.
May 14, 1935.

George R. Blum, of Donaldsonville, for appellant.

## ALOISIO v. SEIMS–HELMERS, Inc., et al.
### No. 16094.

Court of Appeal of Louisiana. Orleans.
May 27, 1935.

